# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard Haka,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv100

Mecklenburg County,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2012 Order.

                                                  Signed: May 1, 2012

                                                  *[signature: Frank G. Johns]*

                                                  Frank G. Johns, Clerk
                                                United States District Court